UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANTHONY LEE BRISSEL,

    Plaintiff,

vs.                                                      Case No. 8:12-cv-02317-T-27EAJ

CAROLYN W. COLVIN,
Commissioner of Social
Security Administration,

    Defendant.
_____/

## ORDER

**BEFORE THE COURT** is the Report and Recommendation (Dkt. 17) of the Magistrate Judge recommending that the decision of the Commissioner be reversed and the case remanded for further administrative proceedings. No objections have been filed and the time for such objections has now elapsed.

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). In the absence of specific objections, there is no requirement that findings be reviewed *de novo*. *Garvey v. Vaughn*, 993 F.2d 776, 779 n.9 (11th Cir. 1993). Nevertheless, the district court reviews the report and recommendation for "clear error" even in the absence of objections. *Macort v. Prem, Inc.*, 208 Fed. Appx. 781, 784 (11th Cir. 2006). Even if no objections to the findings or recommendations have been filed, the district court may "undertake 'further review . . ., *sua sponte* or at the request of a party, under a *de novo* or any other standard." *Stephens v. Tolbert*, 471 F.3d 1173, 1176 (11th Cir. 2006) (quoting *Thomas v. Arn*, 474 U.S. 140, 154 (1985)).

1

Upon consideration, the Magistrate Judge did not clearly err in concluding that the ALJ lacks substantial evidentiary support for concluding that Plaintiff was not disabled prior to January 1, 2008.

Accordingly, the Report and Recommendation (Dkt. 17) is **APPROVED** and **ADOPTED** for all purposes, including for appellate review. The decision of the Commissioner is **REVERSED**, and this case is **REMANDED** for further administrative proceedings consistent with this Order and the Report and Recommendation. The Clerk is directed to **ENTER** final judgment in favor of Plaintiff, and to **CLOSE** the file.

**DONE AND ORDERED** this 4th day of March, 2013.

JAMES D. WHITTEMORE
United States District Judge

Copies to: Counsel of record