UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANTHONY LEE BRISSEL,

        **Plaintiff,**

vs.                                         **Case No. 8:12-cv-02317-T-27EAJ**

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

        **Defendant.**
_____/

## ORDER

**BEFORE THE COURT** is the Report and Recommendation of the Magistrate Judge recommending that Plaintiff's counsel's Unopposed Motion for Attorney's Fees (Dkt. 24) be granted. Neither party has filed objections to the Report and Recommendation (Dkt. 26).

After careful consideration of the Report and Recommendation in conjunction with an independent examination of the file, the Court is of the opinion that the Report and Recommendation should be adopted, confirmed, and approved in all respects. Accordingly, it is **ORDERED**:

1)      The Report and Recommendation (Dkt. 26) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2)      Plaintiff's Unopposed Motion for Attorney's Fees (Dkt. 24) is **GRANTED**.

3)      Plaintiff's counsel is awarded $17,390.73 in attorneys' fees pursuant to 42 U.S.C. § 406(b). Plaintiff's counsel shall reimburse Plaintiff $5,157.73 in attorneys' fees previously obtained under the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

**DONE AND ORDERED** this 19ᵗʰ day of May, 2015.

JAMES D. WHITTEMORE
United States District Judge

Copies to:
Counsel of record